Christopher T. Holland [SBN 164053] (cholland@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendants
MARS, INC. AND BBDO WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ZORRO PRODUCTIONS, INC., | Case No.:C10-01179 (SC) |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING THE TIME BY WHICH DEFENDANTS MUST RESPOND TO THE COMPLAINT** |
| v. | |
| MARS, INC and BBDO WORLDWIDE, INC. | **Complaint filed:  March 22, 2010** |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between:

   Plaintiff ZORRO PRODUCTIONS, INC. ("Plaintiff") and defendants MARS, INC. AND BBDO WORLDWIDE, INC. ("Defendants"), through their undersigned counsel, as follows:

   Plaintiff and Defendants agree to extend the deadline by which Defendants must move, answer, or otherwise respond to Plaintiff's Complaint from May 10, 2010, to and including May 24, 2010.

   This joint stipulation is the second extension regarding the deadline by which Defendants' must respond to Plaintiff's Complaint, and is based in good faith on the Parties' efforts to informally resolve their dispute, if possible.

/ / /

1

---
STIPULATION EXTENDING THE TIME BY WHICH DEFENDANTS MUST RESPOND TO THE COMPLAINT
CASE NO.:C10-01179 (SC)

**IT IS SO STIPULATED.**

Dated: May 10, 2010          KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: \_\_/s/_____
    CHRISTOPHER T. HOLLAND
    JUSTIN FIELDS
    Attorneys for Defendants
    MARS, INC. AND BBDO WORLDWIDE, INC.

Dated: May 10, 2010          LAW OFFICES OF ROSS L. LIBENSON

By: \_\_/s/_____
    ROSS L. LIBENSON
    Attorneys for Plaintiff
    ZORRO PRODUCTIONS, INC.

(*This stipulation has been approved by Ross L. Libenson*)

[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]

2

STIPULATION EXTENDING THE TIME BY WHICH DEFENDANTS MUST RESPOND TO THE COMPLAINT
CASE NO.:C10-01179 (SC)