1  ROSS LIBENSON (SBN 181912)
**LAW OFFICES OF ROSS L. LIBENSON**
2  180 Grand Avenue, Suite 1550
Oakland, CA 94612
3  Telephone:     (510) 763-5700
Facsimile:      (510) 835-1311
4  E-Mail:         Ross@LibensonLaw.com

5

Attorneys for Plaintiff
6  Zorro Productions, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11
ZORRO PRODUCTIONS, INC., a            Case No. 3:10-CV-01179 SC
12  California corporation
                                      **STIPULATION, DECLARATION IN**
13                                    **SUPPORT OF CONTINUING INITIAL**
                                      **CASE MANAGEMENT CONFERENCE**
                 Plaintiff,           **AND [PROPOSED] ORDER**
14                                    **CONTINUING INITIAL CASE**
           v.                         **MANAGEMENT CONFERENCE AND**
15                                    **CASE SCHEDULE**
MARS, INC., a Delaware corporation,
16  BBDO WORLDWIDE, INC., a New York
corporation.
17                                    Complaint Filed:   March 22, 2010
                                      Initial CMC:       June 25, 2010
18               Defendants.          Judge:             Hon. Samuel Conti

19

20                                    (Local Rule 6-2)

21

22

23        Pursuant to Civil L.R. 6-2, Plaintiff ZORRO PRODUCTIONS, INC., ("ZPI") and

24  Defendants MARS, INC., and BBDO WORLDWIDE, INC., ("Defendants"), through their

25  respective counsel stipulate and agree to continue the date for initial case management conference

26  and dates for the case schedule as follows:

27  ///

28

STIPULATION, DECLARATION IN SUPPORT OF CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND CASE SCHEDULE
1.

| | |
|---|---|
| 8/13/10 | Last Day to Meet and Confer re: Initial Disclosures (FRCivP 26(f)); |
| 8/27/10 | Last Day To File Rule 26(f) Report, complete initial disclosures or |
| | state objection in Rule 26(f) Report and file Case Management Statement per |
| | Standing Order re: Contents of Joint Case Management Statement (FRCivP 26(a)(1), |
| | Civil L.R. 16-10); and |
| 9/3/10 | Initial Case Management Conference (Civil L.R. 16-10). |

DATED: May 17, 2010       LAW OFFICES OF ROSS L. LIBENSON

By: _____

Ross L. Libenson

Attorneys for Plaintiff ZORRO PRODUCTIONS, INC.


DATED: May 17, 2010       KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____

Christopher T. Holland

Attorneys for Defendants MARS, INC., and BBDO WORLDWIDE, INC.

*(This stipulation has been approved by Christopher T. Holland)*

**DECLARATION OF ROSS L. LIBENSON IN SUPPORT OF CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND CASE SCHEDULE PURSUANT TO CIVIL L.R. 6-2**

I, Ross L. Libenson, declare as follows:

1. I am an attorney at law duly licensed to practice in the Northern District of California and and the principal of the law firm Law Offices of Ross L. Libenson, attorneys of record for Plaintiff ZORRO PRODUCTIONS, INC, ("ZPI").

1  2. I have personal knowledge of the facts stated herein, and if called and sworn as a witness,

2  I would and could testify competently under oath thereto.  I submit this declaration in support of

3  continuing the initial case management conference and case schedule.

4  <u>Reasons For the Requested Enlargement of Time Pursuant to Civil L.R. 6-2(a)(1).</u>

5  3. This is a trademark infringement matter arising out of an advertising campaign including

6  a television commercial broadcasted in the United States of America on behalf of the Defendant

7  MARS, INC., and through its advertising agency Defendant BBDO WORLDWIDE, INC.

8  4. Subsequent to service of the summons, complaint and other initiating papers on

9  Defendants on or about March 25, 2010 (Docket Nos. 6 and 7), the respective counsel for the parties

10  have not only met and conferred regarding early settlement and ADR process selection, but also

11  have begun to engage in settlement negotiations, notwithstanding Defendants' denials of liability or

12  fault.

13  5. Contemporaneous with or in advance of the filing of this stipulation, the parties have

14  filed or are filing their respective (1) ADR Certification By Parties And Counsel, and (2) Notice Of

15  Need For ADR Phone Conference.  The later is a result of the parties meet and confer regarding an

16  ADR Process and their joint request for an Early Settlement Conference with a Magistrate Judge in

17  this trademark dispute.

18  6. Additionally, as part of their settlement discussions in advance of their ADR phone

19  conference, the parties have executed a Confidentiality Agreement to facilitate the early exchange of

20  information regarding the claims, including but not limited to financial information regarding the

21  claimed infringement.

22  7. As part of the Confidentiality Agreement and settlement discussions, Defendants' lead

23  trial counsel has indicated that he will need additional time to involve in negotiations, among others,

24  the production company of the subject television commercial and its insurers.

25  8. As a result of positive momentum towards a negotiated resolution, the parties prefer to

26  continue the initial case management conference and associated disclosures and case management

27  statement to avoid incurrence of additional attorneys' fees and costs.

28  ///

STIPULATION, DECLARATION IN SUPPORT OF CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND CASE SCHEDULE

1  <u>Disclosure of All Prior Time Modifications In The Case Pursuant to Civil L.R. 6-2(a)(2)</u>.

2      9.  By stipulation pursuant to Civil L.R. 6-1(a), the parties have previously stipulated to

3  extending the time for Defendants to answer or otherwise respond to the Complaint initially from

4  April 15, 2010 to May 10, 2010 (Docket No. 8) and subsequently from May 10, 2010 to May 28,

5  2010 (Docket No. 11).

6      <u>Effect Of Requested Time Modification On The Schedule For The Case</u>

7      <u>Pursuant to Civil L.R.  6-2(a)(3)</u>.

8      10.  The requested time modification sought by this stipulation and declaration will continue

9  the initial case management conference and enlarge the time for completion and filing of the Rule

10  26(f) Report and Case Management Statement and the exchange of initial disclosures by

11  approximately ten weeks while the parties continue to engage in negotiations.  This continuance and

12  enlargement of time will not effect participation of the parties in court sponsored ADR efforts.

13

14      I declare under penalty of perjury under the laws of the United States of America that the

15  foregoing is true and correct.

16      Executed on this 19th day of May 2010, in Oakland, California.

17

18  _____

19      Ross L. Libenson

20  ///

21  ///

22  ///

23

24

25

26

27

28

STIPULATION, DECLARATION IN SUPPORT OF CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND CASE SCHEDULE
4.

1

[Proposed] ORDER

2      Based on the foregoing Stipulation of counsel and supporting declaration and good cause

3  appearing therefor,

4      IT IS HEREBY ORDERED that Case Schedule is modified as follows:

5  8/13/10   Last Day to Meet and Confer re: Initial Disclosures (FRCivP 26(f));

6  8/27/10   Last Day To File Rule 26(f) Report, complete initial disclosures or state objection in Rule

7            26(f) Report and file Case Management Statement per Standing Order re: Contents of

8            Joint Case Management Statement (FRCivP 26(a)(1), Civil L.R. 16-10); and

9  9/3/10    Initial Case Management Conference (Civil L.R. 16-10)

10      IT IS SO ORDERED.

11

12      Dated:___6/2/10_____



13      H[on].

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28