1  Christopher T. Holland [SBN 164053] (cholland@kksrr.com)
2  K<small>RIEG</small>, K<small>ELLER</small>, S<small>LOAN</small>, R<small>EILLEY</small> & R<small>OMAN</small> LLP
   555 Montgomery Street, 17th Floor
3  San Francisco, CA  94111
   Telephone: (415) 249-8330
4  Facsimile: (415) 249-8333

5  Attorneys for Defendants
   MARS, INC. AND BBDO WORLDWIDE, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZORRO PRODUCTIONS, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>MARS, INC and BBDO WORLDWIDE, INC.<br><br>     Defendants. | Case No.:C10-01179 (SC)<br><br>**STIPULATION EXTENDING THE TIME BY WHICH DEFENDANTS MUST RESPOND TO THE COMPLAINT**<br><br>**Complaint filed:  March 22, 2010** |

IT IS HEREBY STIPULATED by and between:

Plaintiff ZORRO PRODUCTIONS, INC. ("Plaintiff") and defendants MARS, INC. AND BBDO WORLDWIDE, INC. ("Defendants"), through their undersigned counsel, as follows:

In order to facilitate ongoing settlement negotiations, Plaintiff and Defendants agree to an additional extension of the deadline by which Defendants must move, answer, or otherwise respond to Plaintiff's Complaint from May 24, 2010, to and including June 7, 2010.

**IT IS SO STIPULATED.**

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 24, 2010 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP |
| 3 | | |
| 4 | | By: /s/ |
| 5 | | CHRISTOPHER T. HOLLAND |
| | | JUSTIN FIELDS |
| 6 | | Attorneys for Defendants |
| 7 | | MARS, INC. AND BBDO WORLDWIDE, INC. |
| 8 | Dated: May 24, 2010 | LAW OFFICES OF ROSS L. LIBENSON |
| 10 | | By: /s/ |
| 11 | | ROSS L. LIBENSON |
| | | Attorneys for Plaintiff |
| 12 | | ZORRO PRODUCTIONS, INC. |
| 13 | | (*This stipulation has been approved by Ross L. Libenson*) |

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

2

STIPULATION EXTENDING THE TIME BY WHICH DEFENDANTS MUST RESPOND TO THE COMPLAINT
CASE NO.:C10-01179 (SC)