1  Christopher T. Holland [SBN 164053] (cholland@kksrr.com)
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
2  555 Montgomery Street, 17th Floor
   San Francisco, CA  94111
3  Telephone: (415) 249-8330
4  Facsimile: (415) 249-8333

5  Attorneys for Defendants
   MARS, INC. AND BBDO WORLDWIDE, INC.
6



8                   UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZORRO PRODUCTIONS, INC., | Case No.:C10-01179 (SC) |
| Plaintiff, | **STIPULATION EXTENDING THE TIME BY WHICH DEFENDANTS MUST RESPOND TO THE COMPLAINT** |
| v. | |
| MARS, INC and BBDO WORLDWIDE, INC. | **Complaint filed:  March 22, 2010** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between:

Plaintiff ZORRO PRODUCTIONS, INC. ("Plaintiff") and defendants MARS, INC. AND BBDO WORLDWIDE, INC. ("Defendants"), through their undersigned counsel, as follows:

In order to facilitate ongoing settlement negotiations, Plaintiff and Defendants agree to an additional extension of the deadline by which Defendants must move, answer, or otherwise respond to Plaintiff's Complaint from June 7, 2010, to and including June 21, 2010.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated:  June 7, 2010          KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By:   /s/
CHRISTOPHER T. HOLLAND
JUSTIN FIELDS
Attorneys for Defendants
MARS, INC. AND BBDO WORLDWIDE, INC.

Dated:  June 7, 2010          LAW OFFICES OF ROSS L. LIBENSON

By:   /s/
ROSS L. LIBENSON
Attorneys for Plaintiff
ZORRO PRODUCTIONS, INC.

(*This stipulation has been approved by Ross L. Libenson*)

**LAST EXTENSION TO BE GRANTED**

[Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

2

STIPULATION EXTENDING THE TIME BY WHICH
DEFENDANTS MUST RESPOND TO THE COMPLAINT
CASE NO.:C10-01179 (SC)