ROSS LIBENSON (SBN 181912)
**LAW OFFICES OF ROSS L. LIBENSON**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone:   (510) 763-5700
Facsimile:   (510) 835-1311
E-Mail:   Ross@LibensonLaw.com

Attorneys for Plaintiff
Zorro Productions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZORRO PRODUCTIONS, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>MARS, INC., a Delaware corporation, BBDO WORLDWIDE, INC., a New York corporation.<br><br>Defendants. | Case No. 3:10-CV-01179 SC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   March 22, 2010<br>Initial CMC:   September 3, 2010<br>Judge:   Hon. Samuel Conti |

    Plaintiff ZORRO PRODUCTIONS, INC., ("ZPI") and Defendants MARS, INC., and BBDO WORLDWIDE, INC., ("Defendants"), through their respective counsel, and pursuant to F.R.C.P., Rule 41(a)(1)(ii), stipulate as follows:

    1. Having settled this action for all purposes with respect to all claims, the parties hereby stipulate to a dismissal of the entire action with prejudice.

    2. Each party shall bear its own costs incurred in connection with this action, including its attorney's fees and costs.

---

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 3:10-cv-01179 SC
1.

| | | |
|---|---|---|
| 1 | DATED: August 13, 2010 | LAW OFFICES OF ROSS L. LIBENSON |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Ross L. Libenson |
| 5 | | Attorneys for Plaintiff ZORRO PRODUCTIONS, INC. |
| 6 | DATED: August 13, 2010 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP |
| 7 | | |
| 8 | | By: _____/s/_____ |
| 9 | | Christopher T. Holland |
| 10 | | Attorneys for Defendants MARS, INC., and BBDO WORLDWIDE, INC. |
| 11 | | *(This stipulation has been approved by Christopher T. Holland)* |

IT IS SO ORDERED

Judge Samuel Conti

*United States District Court, Northern District of California (seal)*

---

STIPULATION OF DISMISSAL WITH PREJUDICE

Case No. 3:10-cv-01179 SC

2.